William P. Harris III, Esq. (SBN 123575)
LAW OFFICES OF BRUCE P. AUSTIN
1455 Frazee Road, Suite 802
San Diego, CA 92108
Tel: (619) 209-4000
Fax: (866) 724-0742

Raymond H. Goettsch, Esq. (SBN 105441)
LAW OFFICE OF RAYMOND H. GOETTSCH
P.O. Box 3590
Hailey, ID 83333
Tel: (509) 944-2179
Fax: (800) 722-1025

Attorney for Defendant GENERAL INSURANCE COMPANY OF AMERICA
*(erroneously sued as Safeco Surplus Lines Insurance Company)*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO CENTER FOR CHILDREN, | Case No. 08-CV-782-JLS-AJB |
| Plaintiff, | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| SAFECO INSURANCE COMPANY, SAFECO SURPLUS LINES INSURANCE COMPANY, and DOES 1 through 5, inclusive, | |
| Defendants. | Judge:     Hon. Janis L. Sammartino<br>Magistrate: Hon. Anthony J. Battaglia |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant GENERAL INSURANCE COMPANY OF AMERICA certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.  General Insurance Company Of America; and

-1-

1   2.   Safeco Corporation (Owner of General Insurance Company Of America).

Respectfully submitted,

Dated: May 8, 2008          LAW OFFICES OF BRUCE P. AUSTIN

By: __s/ *William P. Harris III*_____
William P. Harris III, Esq., Attorney for Defendant
GENERAL INSURANCE COMPANY OF AMERICA

| UNITED STATES DISTRICT COURT – SOUTHERN DIVISION | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE: **SAN DIEGO CENTER FOR CHILDREN v. SAFECO INS. CO., et al.** | | |
| William P. Harris III (123575) <br> LAW OFFICES OF BRUCE P. AUSTN <br> 1455 Frazee Road, Suite 802 <br> San Diego, CA 92108 <br> Tel: (619) 209-4000 <br> Fax: (866) 724-0742 | | |
| ATTORNEY(S) FOR: **Defendant GENERAL INSURANCE COMPANY OF AMERICA** | HEARING DATE: <br> TIME: <br> DEPARTMENT: | CASE NO: <br><br> JUDGE ASSIGNED: |

I, Teri A. Moore, declare that: I am over the age of eighteen years, not a party to the action, and employed in the office of a member of the Bar of this Court at whose direction the service was made in the County of San Diego, California, where the mailing occurs. My business address is 1455 Frazee Road, Suite 802, San Diego, California.

On May 8, 2008, I served the following:

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

**(XX) BY ELECTRONIC TRANSFER**: I caused all of the pages on the above-entitled documents to be sent to the recipients noted via CM/ECF e-service at the recipient's office.

| Richard P. Edwards, Esq. <br> MUNRO SMIGLIANI & JORDAN LLP <br> 2535 Truxtun Road, Suite 208 <br> San Diego, CA 92106 <br> Tel: (619) 237-5400 <br> Fax: (619) 923-2866 | Plaintiff |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2008           /s/ *Teri A. Moore*
                                         Teri A. Moore

-3-

NOTICE OF PARTY WITH FINANCIAL INTEREIST
CASE NO.: 08-CV-782-JLS-AJB