1 William P. Harris III, Esq. (SBN 123575)
LAW OFFICES OF BRUCE P. AUSTIN
2 1455 Frazee Road, Suite 802
3 San Diego, CA 92108
Tel: (619) 209-4000
4 Fax: (866) 724-0742

5
Raymond H. Goettsch, Esq. (SBN 105441)
6 LAW OFFICE OF RAYMOND H. GOETTSCH
P.O. Box 3590
7 Hailey, ID 83333
Tel: (509) 944-2179
8 Fax: (800) 722-1025

9
Attorney for Defendant GENERAL INSURANCE COMPANY OF AMERICA
10 *(erroneously sued as Safeco Surplus Lines Insurance Company)*

11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

15 SAN DIEGO CENTER FOR CHILDREN,    ) Case No.  08-CV-782-JLS-AJB
                                     )
16              Plaintiff,           ) **DEMAND FOR JURY TRIAL**
17                                   )
   v.                                )
18                                   )
   SAFECO INSURANCE COMPANY,         )
19 SAFECO SURPLUS LINES INSURANCE    )
20 COMPANY, and DOES 1 through 5, inclusive,)
                                     ) Judge:      Hon. Janis L. Sammartino
21              Defendants.          ) Magistrate: Hon. Anthony J. Battaglia
22 _____)

23    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24    Please take notice that Defendant General Insurance Company of America, a Washington
25 corporation, hereby demands a trial by jury in this matter.

26 Dated: May 8, 2008            LAW OFFICES OF BRUCE P. AUSTIN

27                               By:  s/ *William P. Harris III*
                                 _____
28                               William P. Harris III, Esq., Attorney for Defendant
                                 GENERAL INSURANCE COMPANY OF AMERICA

-1-

| UNITED STATES DISTRICT COURT – SOUTHERN DIVISION | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE:<br>**SAN DIEGO CENTER FOR CHILDREN v. SAFECO INS. CO., et al.** | | |
| William P. Harris III (123575)<br>LAW OFFICES OF BRUCE P. AUSTN<br>1455 Frazee Road, Suite 802<br>San Diego, CA 92108<br>Tel: (619) 209-4000<br>Fax: (866) 724-0742 | | |
| ATTORNEY(S) FOR:<br>**Defendant GENERAL INSURANCE COMPANY OF AMERICA** | HEARING DATE:<br>TIME:<br>DEPARTMENT: | CASE NO:<br><br>JUDGE ASSIGNED: |

I, Teri A. Moore, declare that: I am over the age of eighteen years, not a party to the action, and employed in the office of a member of the Bar of this Court at whose direction the service was made in the County of San Diego, California, where the mailing occurs. My business address is 1455 Frazee Road, Suite 802, San Diego, California.

On May 8, 2008, I served the following:

**DEMAND FOR JURY TRIAL**

**(XX) BY ELECTRONIC TRANSFER**: I caused all of the pages on the above-entitled documents to be sent to the recipients noted via CM/ECF e-service at the recipient's office.

| Richard P. Edwards, Esq.<br>MUNRO SMIGLIANI & JORDAN LLP<br>2535 Truxtun Road, Suite 208<br>San Diego, CA 92106<br>Tel: (619) 237-5400<br>Fax: (619) 923-2866 | Plaintiff |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2008          /s/ *Teri A. Moore*
                                   Teri A. Moore

-2-