1 William P. Harris III, Esq. (SBN 123575)
LAW OFFICES OF BRUCE P. AUSTIN
1455 Frazee Road, Suite 802
San Diego, CA 92108
Tel: (619) 209-4000
Fax: (866) 724-0742

Raymond H. Goettsch, Esq. (SBN 105441)
LAW OFFICE OF RAYMOND H. GOETTSCH
P.O. Box 3590
Hailey, ID 83333
Tel: (509) 944-2179
Fax: (800) 722-1025

Attorney for Defendant GENERAL INSURANCE COMPANY OF AMERICA
*(erroneously sued as Safeco Surplus Lines Insurance Company)*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO CENTER FOR CHILDREN,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, SAFECO SURPLUS LINES INSURANCE COMPANY, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 08-CV-782-JLS-AJB<br><br>**ANSWER OF DEFENDANT GENERAL INSURANCE COMPANY OF AMERICA TO COMPLAINT FOR DECLARATORY RELIEF**<br><br>Judge: Hon. Janis L. Sammartino<br>Magistrate: Hon. Anthony J. Battaglia |

PLEASE TAKE NOTICE that Defendant GENERAL INSURANCE COMPANY OF AMERICA, a Washington Corporation erroneously sued as Safeco Surplus Lines Insurance Company ("Defendant"), answers the Complaint of Plaintiff San Diego Center For Children ("Complaint") as follows:

1. In answering paragraph 1 of the Complaint, Defendant admits the allegations contained therein.

-1-

2. In answering paragraph 2 of the Complaint, Defendant denies the allegations contained therein.

3. In answering paragraph 3 of the Complaint, Defendant denies the allegations contained therein, and alleges it issued a Professional Healthcare Facility Liability policy of insurance, policy no. HLP7754265J, effective from Mary 23, 2003 to May 23, 2004, to Plaintiff.

4. In answering paragraph 4 of the Complaint, Defendant denies the allegations contained therein.

5. In answering paragraph 5 of the Complaint, Defendant admits the allegations contained therein and alleges that Defendant is a corporation organized and existing under the laws of the State of Washington with its principal place of business in Seattle, Washington.

6. In answering paragraph 6 of the Complaint, Defendant denies the allegations contained therein

7. Defendant has no information or belief sufficient to enable it to answer the allegations of Paragraph 7 of the Complaint, and basing its denial on that ground, denies the allegations contained therein.

8. Defendant has no information or belief sufficient to enable it to answer the allegations of Paragraph 8 of the Complaint, and basing its denial on that ground, denies the allegations contained therein.

9. In answering paragraph 9 of the Complaint, Defendant admits Plaintiff has tendered its defense of the Kotake Action to Defendant. Except as expressly admitted, Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. In answering paragraph 10 of the Complaint, Defendant admits it declined to defend Plaintiff in the Kotake action. Except as expressly admitted, Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant has no information or belief sufficient to enable it to answer the allegations of Paragraph 11 of the Complaint, and basing its denial on that ground, denies the allegations contained therein.

-2-

12. In answering Paragraph 12 of the Complaint, Defendant incorporates by reference the allegations in Paragraphs 1 through 11, inclusive, of this Answer as fully set forth herein.

13. In answering paragraph 13 of the Complaint, Defendant denies the allegations contained therein.

14. In answering paragraph 14 of the Complaint, Defendant admits an actual and bona fide controversy exists between Plaintiff and Defendant as to their rights and obligations under the policy of insurance issued by Defendant to Plaintiff. Except as expressly admitted, Defendant denies the allegations contained in paragraph 14 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

15. Defendant alleges that the Complaint, and each and every cause of action and claim therein, does not allege facts sufficient to state a claim against Defendant.

### SECOND AFFIRMATIVE DEFENSE

16. Defendant alleges that Plaintiff has failed to satisfy all conditions precedent to recovery.

### THIRD AFFIRMATIVE DEFENSE

17. Defendant alleges that Plaintiff has failed to satisfy all conditions subsequent to recovery.

### FOURTH AFFIRMATIVE DEFENSE

18. Defendant alleges that Plaintiff's Complaint, and each and every cause of action and claim therein, is barred, in whole or in part, as Defendant has performed any and all obligations toward Plaintiff in good faith; there was no breach of contract, and therefore there could be no breach of the implied covenant of good faith and fair dealing or other tortious conduct on the part of Defendant.

### FIFTH AFFIRMATIVE DEFENSE

19. Defendant alleges that Plaintiff's Complaint is barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

20. Defendant alleges that Plaintiff's Complaint is barred by the doctrine of unclean hands.

-3-

WHEREFORE, Defendant GENERAL INSURANCE COMPANY OF AMERICA, a Washington corporation erroneously sued as Safeco Surplus Lines Insurance Company, requests:

1. That Plaintiff take nothing by this action;
2. That judgment on the Complaint be rendered in favor of Defendant;
3. The costs of suit incurred herein; and
4. For such other and further relief as the Court may deem just and proper.

Dated: May 8, 2008            LAW OFFICES OF BRUCE P. AUSTIN

By: _s/ *William P. Harris III*_
William P. Harris III, Esq., Attorney for Defendant
GENERAL INSURANCE COMPANY OF AMERICA

-4-

ANSWER OF DEFENDANT GENERAL INSURANCE
COMPANY OF AMERICA TO COMPLAINT
FOR DECLARATORY RELIEF
CASE NO.: 08-CV-782-JLS-AJB

| UNITED STATES DISTRICT COURT – SOUTHERN DIVISION | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE: **SAN DIEGO CENTER FOR CHILDREN v. SAFECO INS. CO., et al.** | | |
| William P. Harris III (123575) LAW OFFICES OF BRUCE P. AUSTN 1455 Frazee Road, Suite 802 San Diego, CA 92108 Tel: (619) 209-4000 Fax: (866) 724-0742 | | |
| ATTORNEY(S) FOR: **Defendant GENERAL INSURANCE COMPANY OF AMERICA** | HEARING DATE: TIME: DEPARTMENT: | CASE NO: JUDGE ASSIGNED: |

I, Teri A. Moore, declare that: I am over the age of eighteen years, not a party to the action, and employed in the office of a member of the Bar of this Court at whose direction the service was made in the County of San Diego, California, where the mailing occurs. My business address is 1455 Frazee Road, Suite 802, San Diego, California.

On May 8, 2008, I served the following:

**ANSWER OF DEFENDANT GENERAL INSURANCE COMPANY OF AMERICA TO COMPLAINT FOR DECLARATORY RELIEF**

**(XX) BY ELECTRONIC TRANSFER**: I caused all of the pages on the above-entitled documents to be sent to the recipients noted via CM/ECF e-service at the recipient's office.

| Richard P. Edwards, Esq. MUNRO SMIGLIANI & JORDAN LLP 2535 Truxtun Road, Suite 208 San Diego, CA 92106 Tel: (619) 237-5400 Fax: (619) 923-2866 | Plaintiff |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2008          /s/ *Teri A. Moore*
                                            Teri A. Moore

-5-