**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (State Bar No. 95064)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel: (619) 232-3122
Fax: (619) 232-3264
email: jholtz@stutzartiano.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO CENTER FOR CHILDREN,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY; SAFECO SURPLUS LINES INSURANCE COMPANY and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 08cv0782 JLS (AJB)<br><br>**NOTICE OF AND WRITTEN SUBSTITUTION OF ATTORNEY OR RECORD** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff SAN DIEGO CENTER FOR CHILDREN attorney of record has changed from Richard P Edwards, Esq., State Bar No. 74358 of the law firm of Munro, Smigliani & Jordan LLP to James F. Holtz, Esq., State Bar No. 95064 of the law firm of Stutz Artiano Shinoff & Holtz, 2488 Historic Decatur Road, Suite 200, San Diego, CA 92106; (619) 232-3122.

///

///

///

1

1  This notice will serve as written substitution of attorney of record pursuant to Local Rules
2  of Practice for the United States District Court for the Southern District of California, Rule
3  83.3(g)(2).

**I CONSENT TO THE ABOVE SUBSTITUTION:**

s/Rick Roark

DATED: May 30, 2008            By:_____
                               Rick Roark on behalf of Plaintiff
                               SAN DIEGO CENTER FOR CHILDREN

**I CONSENT TO THIS SUBSTITUTION:**

DATED: May 28, 2008            MUNRO SMIGLIANI & JORDAN LLP

                               s/Richard P. Edwards
                               By:_____
                               Richard P Edwards
                               Former Attorneys for Plaintiff
                               SAN DIEGO CENTER FOR CHILDREN

**I ACCEPT THIS SUBSTITUTION:**

DATED: May 28, 2008            STUTZ ARTIANO SHINOFF & HOLTZ
                               *A Professional Corporation*

                               s/James F. Holtz
                               By:_____
                               James F. Holtz
                               Attorneys for Plaintiff
                               SAN DIEGO CENTER FOR CHILDREN

**STUTZ ARTIANO SHINOFF & HOLTZ**, A.P.C.
James F. Holtz, State Bar No. 95064
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Telephone: (619) 232-3122
Facsimile:  (619) 232-3264
Email: jholtz@stutzartiano.com

Attorneys for J&M ASSOCIATES, INC.

<u>**J&M Associates, Inc. v. National Union, et al.**</u>
United States District Court, Case No: 06cv903W

<u>**DECLARATION OF SERVICE**</u>

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, CA 92106-6113.

On May 30, 2008, I served the following document(s): **NOTICE OF AND WRITTEN SUBSTITUTION OF ATTORNEY OR RECORD**

☒ **BY ELECTRONIC SERVICE** On the date executed below, I served the document(s) via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

| | |
|---|---|
| Raymond Harold Goettsch, Esq.<br>Law Office of Raymond H. Goettsch<br>PO Box 3590<br>Hailey, ID 83333 | **ATTORNEYS FOR DEFENDANT**<br>**Safeco Surplus Lines Insurance Company**<br>(509) 944-2179<br>(800) 722-1025 (fax)<br>goe@darlaw.com |
| William P Harris, III, Esq.<br>Law Office of Bruce P Austin<br>1455 Frazee Road, Suite 802<br>San Diego, CA 92108 | **ATTORNEYS FOR DEFENDANT**<br>**Safeco Surplus Lines Insurance Company**<br>(619)209-4000<br>(866)724-0742 (fax)<br>bilhar@safeco.com |

I declare under penalty of perjury under the laws of the State of the United States of America that the foregoing is true and correct.

Executed on May 30, 2008, at San Diego, California.

Patricia S. Donnelly