**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (State Bar No. 95064)
2488 Historic Decatur Road, Suite 200
San Diego, CA 92106-6113
Tel: (619) 232-3122
Fax: (619) 232-3264
email: jholtz@stutzartiano.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO CENTER FOR CHILDREN, <br><br> Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY; SAFECO SURPLUS LINES INSURANCE COMPANY and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. 08cv0782 JLS (AJB) <br><br> **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

IT IS HEREBY STIPULATED by and among Plaintiff, SAN DIEGO CENTER FOR CHILDREN, by and through its counsel, Stutz Artiano Shinoff & Holtz and Defendant SAFECO SURPLUS LINES INSURANCE COMPANY through its counsel, Law Office of Bruce P Austin, that the Early Neutral Evaluation set by the Court for June 20, 2008 at 10:00 a.m. may be continued to August 11, 12, 26 or 27, 2008.

DATED: June 11, 2008                STUTZ ARTIANO SHINOFF & HOLTZ
                                    *A Professional Corporation*

                                    /s/ *James F. Holtz*
                                    By:_____
                                    James F. Holtz
                                    Attorneys for Plaintiff
                                    SAN DIEGO CENTER FOR CHILDREN

1

| | | |
|---|---|---|
| 1 | Dated: June 11, 2008 | LAW OFFICE OF BRUCE P. AUSTIN |
| 2 | | /s/ *William P. Harris III* |
| 3 | | By:_____ |
| | | William P Harris, III |
| 4 | | Attorneys for Defendant |
| 5 | Dated: June 11, 2008 | LAW OFFICE OF RAYMOND H. GOETTSCH |
| 6 | | /s/ *Raymond H. Goettsch* |
| 7 | | By:_____ |
| | | Raymond Harold Goettsch |
| | | Attorneys for Defendant |

2