# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO CENTER FOR CHILDREN,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY; SAFECO SURPLUS LINES INSURANCE COMPANY and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.  08cv0782 JLS (AJB)<br><br>ORDER DENYING THE MOTION TO CONTINUE; VACATING THE EARLY NEUTRAL EVALUATION CONFERENCE; SETTING A CASE MANAGEMENT CONFERENCE |

Having reviewed and considered the Joint Motion to Continue the Early Neutral Evaluation Conference, the Court orders as follows:

The Early Neutral Evaluation Conference (ENE) is hereby vacated. The case is not appropriate for such a proceeding within the time contemplated by the local rules. As such, the Motion to continue is denied as moot. A Case Management Conference shall be held on ***August 26, 2008***  at ***9:00 a.m.***, in the chambers of the *Honorable Anthony J. Battaglia*, United States Magistrate Judge, First Floor, United States Courthouse, 940 Front Street, San Diego, California. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

///

1 | Each responsible attorney of record and all parties representing themselves shall
2 | participate in the conference. Represented parties need not participate. Counsel for plaintiff
3 | shall notify all parties of this conference who have made an appearance after the date of this
4 | Order.
5 | IT IS SO ORDERED.

DATED: June 12, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court