1  **STUTZ ARTIANO SHINOFF & HOLTZ**
   *A Professional Corporation*
2  James F. Holtz, Esq. (State Bar No. 95064)
   2488 Historic Decatur Road, Suite 200
3  San Diego, CA 92106-6113
   Tel: (619) 232-3122
4  Fax: (619) 232-3264
   email: jholtz@stutzartiano.com
5  Attorneys for Plaintiff

6

7

8              **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 SAN DIEGO CENTER FOR          Case No.  08cv0782 JLS (AJB)
   CHILDREN,
12
            Plaintiff,            **STIPULATION FOR DISMISSAL**
13                                **AND ORDER THEREON**
   v.
14
   SAFECO INSURANCE COMPANY;
15 SAFECO SURPLUS LINES
   INSURANCE COMPANY and DOES
16 1 through 5, inclusive,
17          Defendants.
18
19          IT IS HEREBY STIPULATED by and between the parties to this action through
20
21 their designated counsel that the above-captioned action be and hereby is dismissed
22 without prejudice pursuant to FRCP 41(a)(1) each party to bear their own costs.
23          **IT IS SO STIPULATED.**
24 DATED: August 4, 2008           STUTZ ARTIANO SHINOFF & HOLTZ
                                    *A Professional Corporation*
25
                                        /s/ James F. Holtz
26                                  By:_____
                                        James F. Holtz
27                                  Attorneys for Plaintiff
                                    SAN DIEGO CENTER FOR CHILDREN
28
                                    1
   @PFDesktop\::ODMA/WORLDOX/G:/DATA/4590/1/PL/S7048321.WPD

1  DATED: August 22, 2008          LAW OFFICE OF BRUCE P. AUSTIN
                                    *William P. Harris III, by*
2
                                            /s/Raymond H. Goettsch
3                                   By:_____
                                          William P Harris, III
4                                   Attorneys for Defendant

5  DATED: August 22, 2008          LAW OFFICE OF RAYMOND H. GOETTSCH

6                                           /s/Raymond H. Goettsch
                                    By:_____
7                                         Raymond Harold Goettsch
                                    Attorneys for Defendant
8

9

10                                     **O R D E R**

11         IT IS ORDERED the matter is hereby dismissed.

12

13  DATED:                          _____
                                          U.S. DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2