# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO CENTER FOR CHILDREN,<br><br>    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY; SAFECO SURPLUS LINES INSURANCE COMPANY and DOES 1 through 5, inclusive,<br><br>    Defendants. | Case No.  08cv0782 JLS (AJB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

The parties' joint motion to dismiss in this matter is hereby granted and the Complaint shall be dismissed without prejudice pursuant to FRCP 41(a)(1) forthwith.

IT IS SO ORDERED.

DATED: August 25, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

1